# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA, )
 )
 Plaintiff, )
 )   NO. 2:24-cr-20106-SHL
 v. )
 )   ORDER ON THE
DARIUS MOORE, )   STATUS REPORTS OF
MERVIN ANDERSON, )   THE COORDINATING
TIMOTHY ACHOLS, )   DISCOVERY ATTORNEY
DARION ALLEN, )
PRENTISS BROADWAY, )
ANTONIO BROWN, and )
MARIO GARDNER, )
 )
 Defendants. )
 )

On August 14, 2024, the Court appointed Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney to assist defense counsel with the management of discovery. As part of that order, the Court directed the CDA to provide monthly status reports:

> Should the Court fund ongoing third-party services, such as a discovery review database, the Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of the vendor's work and whether that work remains within the budget of funds authorized by the Court. A copy shall be provided to defense counsel.

*U.S. v. Moore et al.*, 2:24-cr-20106-SHL, Order Appointing Russell M. Aoki as Coordinating Discovery Attorney, Document 170 SEALED, August 14, 2024, p. 3.

There are no defendants set for trial. The Government has stopped producing

discovery. Expenses related to this matter are shared and monitored under *U.S. v. Lackland et al.*, 2:25-cr-20122-SHL.

Accordingly, the Court modifies its previous orders as follows:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.

- However, the CDA shall file a status report if the Government produces additional discovery.

**SO ORDERED.**

DATED this 8th day of May, 2026.

s/ Sheryl H. Lipman
CHIEF JUDGE SHERYL H. LIPMAN
UNITED STATES DISTRICT COURT